# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 454 MAL 2015

         Petitioner    :

     :    Petition for Allowance of Appeal from
     :    the Order of the Superior Court

       v.    :

RAFIE L. ALI,    :

         Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of December, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Does a sentencing judge have discretion to consider victim impact evidence where the offense is not a "crime against a person"?